In The United States District Court For The
Southern District Of Florida

Demetrious Salley,
A/K/A Eugene Salley,
    Plaintiff,

v.

Johanna K. Saxton,
Alan H. Schreiber,
Head Public Defender
Of The Seventeeth
Judicial Circuit,
    Defendant.

Case No: **CIV-JORDAN 00-6195**

Judge: _____

MAGISTRATE SORRENTINO

## Notice Of Negligence Of Attorney In Conducting Litigation

Plaintiff, Demetrious Salley A/K/A Eugene Salley, Pro Se sues defendant, Johanna K. Saxton Assistant Public Defender and Alan H. Schreiber Head Public Defender, and alleges:

1. This is an action for damages for a sum within the jurisdictional limits of this court, to wit: One Million Dollars $1,000,000.00 dollars.

2. Plaintiff resides at, North Broward Detention Center, P.O. Box 407037, Fort Lauderdale, Fla. 33340, city, Fort Lauderdale, County, Broward, Florida.

3. At all times mentioned, defendant was an attorney at law duly admitted to practice in all of the courts of Florida, with, Alan H. Schreiber Public Defender, law office located at, 201 S.E. 6th Street, Room 3872, Fort Lauderdale, address & city, Broward, County, Florida.

-1-

4. On, the beginning of June, plaintiff employed defendant as an attorney to file and prosecute in the, In The Circuit Court Of The 17th Judicial Circuit, of, Broward, County, Florida a criminal action on behalf of the plaintiff against, Johanna K. Saxton Assistant Public Defender, for a more favorable plea due to plaintiff. Defendant, in consideration of the employment, undertook and agreed to file and prosecute the action in a proper, skillful, and diligent manner, as attorney for plaintiff.

5. Defendant could, by the exercise of due diligence and skill, have obtained a favorable plea judgment for plaintiff in the action but defendant so negligently conducted the action by, a failure to investigate in filing subpoena, deposing the police officer, a failure to file any motion in defendant case, like motion to dismiss or motion to suppress physical evidence. Because plaintiff got arrest on April. 1st, 1999, and bond out of jail and got arrested again on April. 17th, 1999, now from April. 17th, 1999 til Aug. 20th, 1999 the day i got sentence, and the defendant was negligence, in her performance of her professional duties, by failing to prepare adequately for trial, that on, _____, judgment was rendered against plaintiff.

6. In failing to properly prosecute the above-described action on plaintiff's behalf, defendant

breached the duty owed to plaintiff to exercise that degree of care and skill as would be exercised by other reasonably skilled attorneys practicing in the, <u>Fort Lauderdale</u>, area under the same or similar circumstances.

7. As a direct and proximate result of the negligence of defendant, plaintiff lost the means of recovering a favorable plea judgment sought to be recovered in the action.

### Prayer For Relief

Wherefore, plaintiff requests judgment against defendants for damages in a sum within the jurisdictional limits of this court, together with costs of suit, and any further relief as the court deems proper and plaintiff demands for trial by jury.

## Certificate Of Services

I do hereby certify that a true and correct copy on the foregoing is mail by U.S. Mail to the Offices Of The Clerk Of The Court, Mr. Carlos Juenke, at, United States District Court For The Southern District Of Florida, 299 E. Broward Blvd. Room 108, Ft. Lauderdale, Fla. 33301 and Mrs. Johanna K. Saxton and Mr. Alan H. Schreiber In The Circuit Court Of The 17th Judicial Circuit In And For Broward County, Fla, at, 201 S.E. 6th Street, Room 387², Fort. Lauderdale, Fla. 33301 on this, 31, day of, Jan, 2000.

Dimitrious Sully AKA Eugene Sulley
Pro Se Plaintiff
Arrest No: 5099 20518
North Broward Detention Center
P.O. Box 407037
Fort. Lauderdale, Fla. 33340

-4-