UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6195-CIV-JORDAN



| | |
|---|---|
| DEMETRIOUS SALLEY )<br>　　　Plaintiff )<br>)<br>vs. )<br>)<br>JOHANNA K. SAXTON *et al.* )<br>　　　Defendants )<br>_____ ) | **CLOSED<br>CIVIL<br>CASE** |

### FINAL ORDER OF DISMISSAL

Demetrious Salley sues the state public defenders who represented him in his state court trial. *See* Complaint [D.E. 1] (Feb. 8, 2000). The Clerk and the magistrate judge treated this as an action brought pursuant to 42 U.S.C. § 1983, although the complaint does not invoke that statute. The magistrate judge recommends that the case be dismissed for failure to state a claim under that statute. Upon a *de novo* review of the record, I conclude that the action should be dismissed for lack of subject matter jurisdiction as no basis for federal jurisdiction is asserted or apparent. *See Hall v. U.S. Dept. of Veterans' Affairs*, 85 F.3d 532, 533 (11th Cir. 1996). Alternatively, I would agree with the magistrate judge that the complaint does not state a claim under § 1983. *See Heck v. Humphrey*, 512 U.S. 477 (1994). This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 28th day of August, 2000.

　　　　　　　　　　　　　　　　　　　　　　　Adalberto Jordan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copy to:　　Magistrate Judge Sorrentino
　　　　　　Demetrious Salley

